UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TOM SCHIRMACHER,

                              Plaintiff,                          **22-CV-03487 (VF)**

                -against-                                 **ORDER**

MAIKO SUZUKI DESIGN LLC,

                              Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Pursuant to this Court's memo endorsement issued on August 15, 2022 (see ECF No. 22), the parties were directed to submit a joint letter regarding the status of discovery by no later September 30, 2022. Having not received the joint letter, the parties are hereby directed to submit the joint status letter by no later than **Tuesday, October 11, 2022**.

       **SO ORDERED.**

DATED:    New York, New York
                October 3, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge