# R. WILLIAMS, P.C.

ATTORNEY AT LAW
333 East 46th Street #1F
New York, New York 10017

Bar Admissions:
New York 1988
Florida 1995
Solicitor 2004-2014

Tel.: 1-347-691-8193 FAX: 1-646-850-5751

Email: RUSSELLWILLIAMSNY@GMAIL.COM

OCTOBER 6, 2022

TO: HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, New York, NY 10007

RE: TOM SCHIRMACHER V. MAIKO SUZUCKI DESIGN LLC, ET AL., 22-CV-03487

**JOINT LETTER REGARDING THE STATUS OF DISCOVERY**

Dear Honorable Madam:

Please let this Joint Letter Regarding the Status of Discovery respond to the Court's Memo Endorsement issued on August 15, 2022, and your Order filed October 3, 2022.

The status of discovery is as follows:

1. The Defendants have responded to the Plaintiff's first set of interrogatories and demand for production of documents.
2. The Defendants have served their first set of interrogatories and request for production of documents upon the Plaintiff and are waiting for the response of the Plaintiff.

The parties are proceeding as per the Case Management Order.

Respectfully Submitted,

/s/

Russell Williams, Esq.
Counsel for the Defendants

Respectfully Submitted,

/s/

David Deal, Esq.
Counsel for the Plaintiff