**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
TOM SCHIRMACHER,

                             Plaintiff,                  **22-CV-03487 (VF)**

            -against-                           **ORDER**

MAIKO SUZUKI DESIGN LLC,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to this Court's memo endorsement issued on October 7, 2022 (see ECF No. 27), the parties were directed to submit a joint letter regarding the status of discovery by no later December 1, 2022. Having not received the joint letter, the parties are hereby directed to submit the joint status letter by no later than **Wednesday, December 7, 2022**.

      **SO ORDERED.**

DATED:    New York, New York
               December 2, 2022

                                                           _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge