UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TOM SCHIRMACHER,

                         Plaintiff,                           **22-CV-03487 (VF)**

        -against-                                       **ORDER**

MAIKO SUZUKI DESIGN LLC,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A status conference in this action is hereby scheduled for **January 4, 2023 at 11:00 a.m.**

Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      SO ORDERED.

DATED:     New York, New York
               December 6, 2022

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge