**DAVID C. DEAL**
PHOTOGRAPHIC COPYRIGHT LAW

P.O. BOX 625
CHARLOTTESVILLE, VA 22902
(434) 233-2727
**DAVID@DAVIDDEAL.COM**

December 7, 2022

**VIA Email**

Hon. Valerie Figueredo
U.S. Court District Court for
the Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Tom Schirmacher v. Maiko Suzuki Design LLC et al*, 1:22-cv-03487

Judge Figueredo:

This joint letter shall serve as the parties' status of discovery responding to the Court's October 7, 2022 Order.

The status of discovery is as follows:

1. Defendants have responded to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

2. Plaintiff has prepared its response to Defendants' First Set of Interrogatories and Request for Production of Documents, but has not served. Counsel for the Plaintiff is waiting for signature and execution by Plaintiff.

   The Defendants would request reasonable time to review and respond to said responses as it has not reviewed or seen the responses to date.

3. Defendant has noticed Plaintiff for deposition December 16, 2023.

Respectfully Submitted,

/s/

Russell Williams, Esq.
*Counsel for Defendants*

/s/

David C. Deal
*Counsel for Plaintiff*