UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOM SCHIRMACHER,

                        Plaintiff,                      22-CV-03487 (VF)

        -against-                      **ORDER**

MAIKO SUZUKI DESIGN LLC et al.,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to submit a joint status letter by no later than **Thursday, January 26, 2023**.

    **SO ORDERED.**

DATED:    New York, New York
                January 4, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge